```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ANDRE LAMAR HOLMES
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     ) No. CR-S-06-173 FCD
12                                )
                  Plaintiff,      )
13                                ) STIPULATION AND ORDER
         v.                       ) CONTINUING STATUS CONFERENCE
14                                )
    ANDRE LAMAR HOLMES,           )
15                                ) Date:  September 25, 2006
                  Defendant.      ) Time:  9:30 a.m.
16                                ) Judge: Hon. Frank C. Damrell, Jr.
    _____ )
17
18
19       It is hereby stipulated between the parties, Jason Hitt, Assistant
20  United States Attorney, attorney for plaintiff, and Mary M. French,
21  attorney for defendant, that the status conference hearing date of
22  August 28, 2006 be vacated and a new status conference hearing date of
23  September 25, 2006 at 9:30 a.m. be set.
24       Plaintiff is having a second analysis completed of a controlled
25  substance and the parties will need to review these results before
26  moving forward.
27       The period from August 28, 2006 through and including September
28  25, 2006  should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
```

1 | and Local Code T4 based upon continuity of counsel and defense
2 | preparation.
3 | Dated: August 25, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French

_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
ANDRE LAMAR HOLMES

Dated: August 25, 2006             MCGREGOR W. SCOTT
                                   United States Attorney

/s/ Mary M. French for

_____
JASON HITT
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: August 25, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge

Stipulation & Order                2