DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRE LAMAR HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0173 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ANDRE LAMAR HOLMES, ) | |
| ) | Date: October 10, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of September 25, 2006 be vacated and a new status conference hearing date of October 10, 2006 at 9:30 a.m. be set.

Defendant has received a proposed plea agreement, and additional time is needed to review it and make modifications as necessary.

The period from September 25, 2006 through and including October 10, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense

1  preparation.

2  Dated: September 22, 2006

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
ANDRE LAMAR HOLMES

Dated: September 22, 2006        MCGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Mary M. French for
                                 _____
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 per telephonic authorization


**ORDER**

**IT IS SO ORDERED.**

Dated: September 22, 2006

                                      /s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge

Stipulation & Order                    2