```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRE LAMAR HOLMES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-173 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ANDRE LAMAR HOLMES, | |
| Defendant. | Date: November 13, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of October 23, 2006 be vacated and a new status conference hearing date of November 13, 2006 at 9:30 a.m. be set.

Defendant has received a proposed plea agreement, and additional time is needed to review it and make modifications as necessary.

The period from October 23, 2006 through and including November 13, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)

///

and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 20, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Mary M. French
    _____
    MARY M. FRENCH
    Supervising Assistant
    Federal Defender
    Attorney for Defendant
    ANDRE LAMAR HOLMES

Dated: October 20, 2006

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Mary M. French for
    _____
    JASON HITT
    Assistant U.S. Attorney
    per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 20, 2006

    /s/ Frank C. Damrell Jr.
    FRANK C. DAMRELL, JR.
    United States District Judge