```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANDRE LEMAR HOLMES
 6
```

FILED

MAR 24 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 06-173 FCD |
| ) | |
| Plaintiff, ) | [Proposed] **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| ANDRE LEMAR HOLMES, ) | Date: March 24, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. FRANK C. DAMRELL, Jr. |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 28, 2008, and came on for hearing on March 24, 2008.

The parties agree, and the Court finds, that Mr. Holmes is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 19 to 17.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 30 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Holmes shall report to the United

States Probation office closest to the release destination within seventy-two hours.

Dated: March 24, 2008

_____
HONORABLE FRANK C. DAMRELL, Jr.
United States District Judge

ORDER REDUCING SENTENCE