# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDRE LAMAR HOLMES | ) | Case No: 2:06-cr-00173-01 |
| | ) | USM No: 16442-097 |
| Date of Previous Judgment: 02/20/2007 | ) | David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __37__ months **is reduced to** __30__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 19 | Amended Offense Level: | 17 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 37 to 46 months | Amended Guideline Range: | 30 to 37 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __02/20/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/24/2008

Judge's signature

Effective Date: 03/24/2008
(if different from order date)

Hon. Frank C. Damrell Jr., Judge
Printed name and title